UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

AMUR EQUIPMENT FINANCE, INC.,

                Plaintiff,            20 Civ. 04896 (PAC)

  - against -                    **DEFAULT JUDGMENT**

AINS NASHVILLE, LLC et al

                Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      This action having been commenced on June 25, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant(s), Brian Mazza, on July 15, 2020 by (STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT) personal service on Brian Mazza, and a proof of service having been filed on July 21, 2020 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $248,964.13 with interest at 18% from December 15, 2019 amounting to $31,920.20 plus costs and disbursements of this action in the amount of $863.00 amounting in all to $281,747.33.

Dated: New York, New York
       9/8/2020

                                                 U.S.D.J.